## UNITED STATES DISTRICT COURT
## OMAHA, NEBRASKA

| | | |
|---|---|---|
| JULIE HILDEBRANDT, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 8:08-cv-03064 |
| | : | |
| v. | : | |
| | : | **ORDER** |
| | : | |
| AEGIS THERAPIES, INC., | : | |
| | : | |
| Defendant. | : | |

This matter is before the Court pursuant to the parties' stipulation to remand to state court and dismiss the case without prejudice. It is hereby ORDERED that this matter is to be remanded to state court. Each side is to bear her/its own costs.

IT IS SO ORDERED.

DATED: May 15, 2008

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF JUDGE

Copies to:

Charles E. Dorwart
Dorwart Law Office
3838 Dodge Street
Omaha, NE 68131
Attorney for Plaintiff

Gail S. Perry, Esq.
Baylor, Evnen, Curtis, Grimit & Witt LLP
1248 "O" Street
Suite 600, Wells Fargo Center
Lincoln, NE 68508

Charles M. Roesch (OH 0013307)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202

Attorneys for Defendant